United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 19-19146-WB
Corey Demon Sims                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin            Page 1 of 1            Date Rcvd: Apr 13, 2020
                              Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db             #+Corey Demon Sims,    7136 Glasgow Ave,    Los Angeles, CA 90045-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              Dare   Law    on behalf of U.S. Trustee    United States Trustee (LA) dare.law@usdoj.gov
              Erin M McCartney    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as legal title trustee for BCAT 2016-17TT bankruptcy@zbslaw.com,
               emccartney@ecf.courtdrive.com
              Kelly M Kaufmann    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series
               2004-1 bknotice@mccarthyholthus.com,    kraftery@ecf.courtdrive.com
              Lane M Nussbaum    on behalf of Interested Party    DANCO INC. lnussbaum@nussbaumapc.com,
               info@nussbaumapc.com
              Mark S Krause    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as legal title trustee for BCAT 2016-17TT bankruptcy@zbslaw.com,
               mkrause@ecf.courtdrive.com
              Mark S Krause    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bankruptcy@zbslaw.com,
               mkrause@ecf.courtdrive.com
              Thomas B Ure    on behalf of Debtor Corey Demon Sims tbuesq@aol.com,
               urelawfirm@jubileebk.net;tom@ecf.courtdrive.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 8

**URE LAW FIRM**
800 W. 6th Street, Suite 940
Los Angeles, CA 90017
Telephone: (213) 202-6070
Facsimile: (213) 788-202-6075
Thomas B. Ure – State Bar No. 170492
tom@urelawfirm.com
Counsel for Debtor

**FILED & ENTERED**

APR 13 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

IN RE:

COREY DEMON SIMS,

DEBTOR.

Case No.: 2:19-bk-19146-WB

**Chapter 11**

ORDER GRANTING STIPULATION AUTHORIZING THE USE OF CASH COLLATERAL

Subject Property:
1320 West 53rd Street
Los Angeles, CA 90037

The Court, having reviewed the STIPULATION AUTHORIZING THE USE OF CASH COLLATERAL filed as Docket Number 79, and good cause appearing therefore:

///

///

///

1  **IT IS HEREBY ORDERED THAT:**

2  The STIPULATION AUTHORIZING THE USE OF CASH COLLATERAL filed as

3  Docket Number 79 is hereby approved and adopted as an order of the court.

5  ###

23  
24  Date: April 13, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

2