| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| URE LAW FIRM<br>Thomas B. Ure, Esq., California State Bar No.170492<br>tom@urelawfirm.com<br>800 West 6th Street., Suite 940<br>Los Angeles, CA 90017<br>**Telephone: 213-202-6070; Facsimile: 213-202-6075**<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtor(s) | **FILED & ENTERED**<br><br>**JUN 17 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** toliver    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: COREY DEMON SIMS,<br><br>Debtor and Debtor-In-Possession. | CASE NO.: 2:19-bk-19146-WB<br><br>CHAPTER: 11<br><br>**ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**<br><br>**1) SETTING DEADLINE FOR DEBTOR TO FILE PLAN AND DISCLOSURE STATEMENT;**<br><br>**2) SETTING HEARING ON CONTINUED STATUS CONFERENCE** |
|---|---|
| | HEARING ON STATUS CONFERENCE:<br><br>DATE:  June 11, 2020<br>TIME:  10:00 a.m.<br>CRTM: 1375<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

On June 11, 2020, a Chapter 11 status conference was held in a bankruptcy case voluntarily filed by Corey Demon Sims ("Debtor").  Appearances were as noted on the record.

Based upon the status conference,

**IT IS ORDERED THAT**:

1) The deadline for debtor to file an amended plan and disclosure statement is **August 3, 2020**; and

2) A continued Status Conference will take place on **September 24, 2020 at 10:00 am.**

### 

Date: June 17, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge